# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE RIDDLE, | CASE NO. 1:12-cv-01680-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On October 24, 2012, Plaintiff Rose Riddle submitted an amended complaint in this matter. The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order to Plaintiff's attorney.

IT IS SO ORDERED.

**Dated:   October 30, 2012**              /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE