# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ROSE RIDDLE, | Civil No. 1:12-CV-1680-SMS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Motion for Attorney Fees, Expenses, and Costs, it is hereby ordered that attorney fees in the amount of $5,000.00, and expenses in the amount of $19.80, for a total of $5,019.80, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).  Plaintiff shall be awarded costs in the amount of $38.10 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The checks for EAJA fees and costs shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

///

IT IS SO ORDERED.

Dated this 22nd day of November, 2013.

                        /s/ SANDRA M. SNYDER
                        UNITED STATES MAGISTRATE JUDGE